RACHEL L. SHELSTAD
Nevada Bar No. 13399
rachel.shelstad@qpwblaw.com
LAINA T. LEAVITT
Nevada Bar No. 12295
laina.leavitt@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2370 Corporate Circle, Suite 160
Henderson, Nevada 89074
Telephone: (702) 751-3003
Facsimile: (702) 751-3004
*Attorneys for Defendant Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIA CARRASCO,<br><br>      Plaintiff<br><br>v.<br><br>WALMART, INC., a foreign corporation;<br><br><br><br>      Defendant | Case No: 2:25-cv-00781-CDS-DJA<br><br>**STIPULATION**      **TO DISMISS WITH PREJUDICE** |

Plaintiff OLIVIA CARRASCO and Defendant WALMART INC., by and through their respective counsel of record, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against all Defendants, is hereby dismissed with prejudice as to future action, with the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1

the parties to bear their own respective costs, expenses, and attorneys' fees.

Respectfully submitted this __10th__ day of  March , 2026.

PARKE LAW FIRM

_____
LYNN R. SHOEN
Nevada Bar No. 1197
3111 S. Maryland Pkwy.
Las Vegas, NV 89109
(702) 758-4111
*Attorneys for Plaintiff*

QUINTAIROS, PRIETO, WOOD & BOYER, P.A

/s/  Rachel L. Shelstad
_____
RACHEL L. SHELSTAD
Nevada Bar No. 13395
2370 Corporate Circle, Suite 160
Henderson, Nevada 89074
(702) 751-3003
*Attorneys for Defendants*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge Cristina D. Silva

Dated: March 10, 2026

- 2